IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CANON KABUSHIKI KAISHA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　　　　Defendants. | Case No. 22-cv-01889<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Sunil R. Harjani** |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION
AND TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff Canon Kabushiki Kaisha ("Canon" or "Plaintiff") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered April 21, 2022. *See* [22]. Plaintiff also moves this Honorable Court to extend the Temporary Restraining Order until there is a ruling on this Motion. In support of its Motion, Plaintiff files herewith a Memorandum of Law and a further Declaration of Isaku M. Begert.

Dated this 29th day of April 2022.            Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Rachel S. Miller
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff Canon Kabushiki Kaisha*

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Rachel S. Miller
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff Canon Kabushiki Kaisha*