**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Canon Kabushiki Kaisha

                              Plaintiff,

v.                                    Case No.:
                                    1:22−cv−01889
                                    Honorable Martha M.
                                    Pacold

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 15, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for leave to amend Schedule A [32] is granted. Bindpon, Huitezou−US, Mugast, Oumij1, Shen zhen shi jing ming ya ke ji you xian gong si, shenzhenshidejikejiyouxiangongsi, grand_technology, mybox2016, myorders202019, princechou, tssy2005, vicwz, and zhaihaiqing are hereby dismissed. Additionally, plaintiff's motion for entry of default and default judgment [34] is taken under advisement. Any defendant wishing to appear and object to plaintiff's motion [34] must do so by 8/29/2022. Plaintiff shall serve defendants with this notice. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.